DON A. LESSER  SBN 112887
KATHERINE O'NEAL SBN 124657
THE LESSER LAW GROUP
1010 B Street, Suite 350
San Rafael, CA  94901-1808
Tel: 415.453.7600  Fax:  415.453.7604

Attorneys for Plaintiff
STEPHEN ARNOLD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEPHEN ARNOLD, | Case No.: C 09-0671 CRB |
|---|---|
| Plaintiff, v. UNUM LIFE INSURANCE COMPANY OF AMERICA, Defendant. | **STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT;** [PROPOSED] ORDER |

WHEREAS, on September 25, 2009, Defendants filed a motion for summary judgment; and

WHEREAS, Defendants' motion is currently set for hearing on December 11, 2009; and

WHEREAS, Plaintiff has, with the Court's permission, initiated discovery relevant to his opposition to Defendants' motion; and

WHEREAS, the parties cannot complete Plaintiffs' discovery before the December 11 hearing date;

1

**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; ORDER
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
CIVIL ACTION NO. C09-0671 CRB**

1  NOW, therefore, the parties stipulate and agree that the hearing date on Defendants'
2  motion for summary judgment shall be continued to February 26, 2010.   Plaintiff's Opposition
3  to Defendants' Motion for Judgment will be filed no later than 21 days before the new hearing
4  date, and Defendants' Reply Brief shall be filed no later than 14 days before the hearing.

Dated:  November 18, 2009					GREEN & HUMBERT


								By: /s/_____
								  Horace W. Green
								  Attorneys for Defendant UNUM LIFE
								  INSURANCE COMPANY OF
								  AMERICA


Dated:  November 18, 2009					THE LESSER LAW GROUP


								By: /s/_____
								  Katherine O'Neal
								  Attorneys for Plaintiff
								  STEPHEN ARNOLD


**ORDER**

Good cause appearing therefore, it is SO ORDERED.


Dated:  November _19_, 2009				_____
								Honorable Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

2
**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; ORDER**
**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**
**CIVIL ACTION NO. C09-0671 CRB**