DON A LESSER (SBN 112887)
KATHERINE O'NEAL (SBN 124657)
THE LESSER LAW GROUP
1010 B Street, Suite 350
San Rafael, CA 94901-1808
Tel: 415.453.7600  Fax: 415.453.7604

Attorneys for Plaintiff
STEPHEN ARNOLD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ARNOLD,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendant. | Case No.: C 09-0671 CRB<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER** |

　　　　WHEREAS, on September 25, 2009, Defendants filed a motion for summary judgment; and

　　　　WHEREAS, Defendants' motion is currently set for hearing on February 26, 2010; and

　　　　WHEREAS, Plaintiff has, with the Court's permission, initiated discovery relevant to his opposition to Defendants' motion; and

　　　　WHEREAS, the parties have a discovery dispute and are scheduling an in camera inspection with a magistrate judge; and

　　　　WHEREAS, the parties cannot resolve the pending discovery dispute before the current

1

hearing date;

NOW, therefore, the parties stipulate and agree that the hearing date on Defendants' motion for summary judgment shall be continued to April 2, 2010. Plaintiff's Opposition to Defendants' Motion for Judgment will be filed no later than 21 days before the new hearing date, and Defendants' Reply Brief shall be filed no later than 14 days before the hearing.

Dated: January 25, 2010                    GREEN & HUMBERT

By: /s/_____
    Horace W. Green
    Attorneys for Defendant UNUM LIFE
    INSURANCE COMPANY OF
    AMERICA

Dated: January 25, 2010                    THE LESSER LAW GROUP

By: /s/_____
    Katherine O'Neal
    Attorneys for Plaintiff
    STEPHEN ARNOLD

**ORDER**

Good cause appearing therefore, it is SO ORDERED.

Dated: January _27_, 2010                    _____
    Honorable Ch[arles R. Breyer]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

2

STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; ORDER
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
CIVIL ACTION NO. C09-0671 CRB