| | |
|---|---|
| DON A LESSER (SBN 112887)<br>KATHERINE O'NEAL (SBN 124657)<br>THE LESSER LAW GROUP<br>1010 B Street, Suite 350<br>San Rafael, CA 94901-1808<br>Tel: 415.453.7600  Fax: 415.453.7604<br><br>Attorneys for Plaintiff<br>STEPHEN ARNOLD | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ARNOLD,<br><br>　　　　　Plaintiff,<br>　v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendant. | Case No.:  C 09-0671 CRB<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; ~~[PROPOSED]~~ ORDER** |

　　　　WHEREAS, on September 25, 2009, Defendants filed a motion for summary judgment; and

　　　　WHEREAS, Defendants' motion is currently set for hearing on April 2, 2010, with Plaintiff's opposition papers due by March 12; and

　　　　WHEREAS, Plaintiff has, with the Court's permission, initiated discovery relevant to his opposition to Defendants' motion; and

　　　　WHEREAS, the parties have a discovery dispute which has been scheduled for a hearing before Magistrate Laporte on March 23, 2010; and

1

**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; ORDER**
**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**
**CIVIL ACTION NO. C09-0671 CRB**

WHEREAS, the parties cannot resolve the pending discovery dispute before the Plaintiff's opposition to Defendants' summary judgment motion is due;

NOW, therefore, the parties stipulate and agree that the hearing date on Defendants' motion for summary judgment shall be continued to May 28, 2010. Plaintiff's Opposition to Defendants' Motion for Judgment will be filed no later than May 7 (21 days before the new hearing date), and Defendants' Reply Brief shall be filed no later than May 14 (14 days before the hearing).

Dated: February 25, 2010      GREEN & HUMBERT

By: /s/_____
Horace W. Green
Attorneys for Defendant UNUM LIFE
INSURANCE COMPANY OF
AMERICA

Dated: February 25, 2010      THE LESSER LAW GROUP

By: /s/_____
Katherine O'Neal
Attorneys for Plaintiff
STEPHEN ARNOLD

**ORDER**

Good cause appearing therefore, it is SO ORDERED.

Dated: ~~February~~ March 1, 2010

_____
Honorable Judge Charles R. Breyer

*IT IS SO ORDERED — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Charles R. Breyer*

2

STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; ORDER
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
CIVIL ACTION NO. C09-0671 CRB