Horace W. Green (SBN 115699)
C. Mark Humbert (SBN 111093)
GREEN & HUMBERT
220 Montgomery Street, Suite 1418
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile: (415) 837-0127

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ARNOLD,<br><br>  Plaintiff,<br><br>  vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, et al.,<br><br>  Defendants.<br>_____ | Case No. C 09-0671 CRB<br><br>[proposed] **ORDER SEALING DOCUMENTS SUBMITTED FOR** *IN CAMERA* **REVIEW BY THE COURT** |

1  Having reviewed Defendants' Motion to File Documents under Seal, and good
2 cause appearing,
3  IT IS HEREBY ORDERED
4  that the documents submitted remain sealed until such time as the Court completes
5 its *in camera* inspection. Upon completion of the Court's review, and filing of the Court's
6 ruling on the privilege issues, the documents shall be returned to counsel for Defendants
7 and shall not remain in the Court's files.

Dated: March 9, 2010

*Elizabeth D. Laporte*
Elizabeth D. Laporte
United States Magistrate Judge

[Proposed] Order Sealing Documents Submitted for In Camera Review - Case No. C 09-0671 CRB      2