UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ARNOLD, ) | Case No. C 09-0671 CRB |
| ) | |
| Plaintiff, ) | **ORDER RE PLAINTIFF'S MOTION TO** |
| ) | **COMPEL FURTHER PRODUCTION OF** |
| vs. ) | **DOCUMENTS** |
| ) | |
| UNUM LIFE INSURANCE COMPANY OF ) | |
| AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

Plaintiff Stephen Arnold's Motion to Compel Production of Documents came on for hearing before this Court on April 20, 2010. Plaintiff was represented by Katherine O'Neal, Esq. Defendants were represented by Horace W. Green, Esq.

Having reviewed the pleadings and papers on file, and having heard and considered arguments of counsel, the court rules as follows:

1. Defendants shall produce copies of any claims handling procedures or guidelines in effect as of November 21, 2008 that concern the application or interpretation of the terms "third party settlement" and/or "deductible sources of income," to the extent such documents have not already been produced.

2. Defendants shall provide a declaration from Katherine Durrell explaining and identifying the "procedures" she described in her deposition that govern the allocation or apportionment of a "third party settlement" between amounts that may be offset against disability benefits and amounts which are not to be offset against disability benefits. Ms. Durrell is to clarify the procedures

UNUM claims personnel use "to determine what is offset able [sic] and what is not," with respect to "third party settlements."

3. Defendants shall produce the documents and declaration subject to this order no later than fifteen (15) days from the date of this Order.

IT IS SO ORDERED.

Dated: April 26, 2010

*Elizabeth D. Laporte*
Elizabeth D. Laporte
United States Magistrate Judge