1  DON A LESSER (SBN 112887)
   KATHERINE O'NEAL (SBN 124657)
2  THE LESSER LAW GROUP
   1010 B Street, Suite 350
3  San Rafael, CA  94901-1808
   Tel: 415.453.7600  Fax: 415.453.7604
4
   Attorneys for Plaintiff
5  STEPHEN ARNOLD

8            UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ARNOLD,<br><br>         Plaintiff,<br>    v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>         Defendant. | Case No.: 3:09-0671 CRB<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER** |

      WHEREAS, on September 25, 2009, Defendants filed a motion for summary judgment; and

      WHEREAS, Defendants' motion is currently set for hearing on  May 28, 2010, with Plaintiff's opposition papers due by May 7, 2010; and

      WHEREAS, Plaintiff has, with the Court's permission, initiated discovery relevant to his opposition to Defendants' motion; and

      WHEREAS, the parties had a discovery dispute which resulted Plaintiff filing a motion to compel; and

1

1  WHEREAS Plaintiff's motion to compel was heard by Magistrate Laporte on April 20, 2010; and

3  WHEREAS, Magistrate Laporte issued an order on April 26, 2010 requiring Defendants to produce additional documents and a declaration within 15 days (by May 11, 2010), after Plaintiff's opposition to the summary judgment motion is due; and

6  WHEREAS Plaintiff requires the additional discovery to oppose the summary judgment motion;

8  NOW, therefore, the parties stipulate and agree that the hearing date on Defendants' motion for summary judgment shall be continued to June 25, 2010.  Plaintiff's Opposition to Defendants' Motion for Judgment will be filed no later than June 4, 2010, and Defendants' Reply Brief shall be filed no later than June 11, 2010.

Dated:  April 28, 2010                     GREEN & HUMBERT


By: /s/_____
    Horace W. Green
    Attorneys for Defendant UNUM LIFE
    INSURANCE COMPANY OF
    AMERICA


Dated:  April 28, 2010                     THE LESSER LAW GROUP


By: /s/_____
    Katherine O'Neal
    Attorneys for Plaintiff
    STEPHEN ARNOLD

2

STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; ORDER
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
CIVIL ACTION NO. C09-0671 CRB

1    **ORDER**

3    Good cause appearing therefore, it is SO ORDERED.

5    Dated:   April  30 , 2010



Honorable Judge Charles R. Breyer

3