1  Horace W. Green (SBN 115699)
   C. Mark Humbert (SBN 111093)
2  GREEN & HUMBERT
   220 Montgomery Street, Suite 1418
3  San Francisco, California  94104
   Telephone:  (415) 837-5433
4  Facsimile:   (415) 837-0127

5  Attorneys for Defendants
   UNUM LIFE INSURANCE
6  COMPANY OF AMERICA and
   THE CHIRON CORPORATION
7  LONG TERM DISABILITY PLAN

8  DON A. LESSER  SBN 112887
   KATHERINE O'NEAL SBN 124657
9  THE LESSER LAW GROUP
   1010 B Street, Suite 350
10  San Rafael, CA  94901-1808
   Tel: 415.453.7600  Fax: 415.453.7604

11
   Attorneys for Plaintiff
12  STEPHEN ARNOLD

13

14                    UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16

17  STEPHEN ARNOLD,                        Case No.:  C 09-0671 CRB

18  Plaintiff,                             **STIPULATION TO CONTINUE
                                           HEARING ON DEFENDANTS' MOTION
19  vs.                                    FOR SUMMARY JUDGMENT;
                                           [PROPOSED] ORDER**

20  UNUM LIFE INSURANCE COMPANY OF
    AMERICA and THE CHIRON
21  CORPORATION LONG TERM
    DISABILITY PLAN,

22
    Defendants.
23

24
                                     1

STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; ORDER
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
CIVIL ACTION NO. C09-0671 CRB

1    WHEREAS, on September 25, 2009, Defendants filed a motion for summary judgment;

2 and

3    WHEREAS, Defendants' motion is currently set for hearing on July 2, 2010 at 10:00

4 a.m.; and

5    WHEREAS, Defendants' counsel is unavailable on July 2, 2010; and

6    NOW, therefore, the parties stipulate and agree that the hearing date on Defendants'

7 motion for summary judgment shall be continued to July 9, 2010 at 10:00 a.m.

8 Dated:  June 18, 2010                    GREEN & HUMBERT

9

10                                         By: /s/_____
                                               Horace W. Green
11                                         Attorneys for Defendants
                                           UNUM LIFE INSURANCE
12                                         COMPANY OF AMERICA and
                                           THE CHIRON CORPORATION
13                                         LONG TERM DISABILITY PLAN

14

15 Dated:  June 18, 2010                   THE LESSER + FINKEL LAW GROUP

16

17                                         By: /s/_____
                                               Katherine O'Neal
                                           Attorneys for Plaintiff
18                                         STEPHEN ARNOLD

19

20                                    **ORDER**

21

22 Good cause appearing therefore, it is SO ORDERED.

23

24 Dated:  June 21, 2010            _____
                                    Hon. Charles R. Breyer

2