IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ARNOLD,<br><br>             Plaintiff,<br><br>   v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA et al.,<br><br>             Defendants.<br>_____/ | No. C 09-0671 CRB<br><br>**JUDGMENT** |

The Court, having granted summary judgment in favor of Defendants in part and in favor of Plaintiff in part, enters Judgment in favor of Defendants in part and in favor of Plaintiff in part.

**IT IS SO ORDERED.**

Dated: July 22, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\671\Judgment.wpd