DON A LESSER (SBN 112887)
KATHERINE O'NEAL (SBN 124657)
THE LESSER LAW GROUP
1010 B Street, Suite 350
San Rafael, CA 94901-1808
Tel: 415.453.7600  Fax: 415.453.7604

Attorneys for Plaintiff
STEPHEN ARNOLD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ARNOLD,<br><br>        Plaintiff,<br>    v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | Case No.: 3:09-0671 CRB<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO DISMISS PENDING MOTIONS; [PROPOSED] ORDER** |

WHEREAS, on August 23, 2010, the parties reached an agreement to settle this matter; and

WHEREAS, Plaintiff's motion for attorney's fees under Rule 54 is set for hearing on October 15, 2010; and

WHEREAS, Defendants have filed an *ex parte* application for an order shortening time on a motion for leave to file an untimely motion for attorney's fees under Rule 54;

///

1

NOW, therefore, the parties stipulate and agree that both pending motions shall be taken off calendar.

Dated:  August 31, 2010                    GREEN & HUMBERT

                                           By: /s/_____
                                                Horace W. Green
                                                Attorneys for Defendant UNUM LIFE
                                                INSURANCE COMPANY OF
                                                AMERICA

Dated:  August 31, 2010                    THE LESSER LAW GROUP

                                           By: /s/_____
                                                Katherine O'Neal
                                                Attorneys for Plaintiff
                                                STEPHEN ARNOLD

**ORDER**

Good cause appearing therefore, it is SO ORDERED.

Dated:   September 1   , 2010              _____
                                           Hon. Charles R. Breyer
                                           United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer]*

2

**NOTICE OF SETTLEMENT AND STIPULATION TO DISMISS PENDING MOTIONS; ORDER**
**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**
**CIVIL ACTION NO. C09-0671 CRB**